# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2013

145843

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

WIRELESS TOYZ FRANCHISE, L.L.C.,
       Plaintiff/
       Counter-Defendant-Appellee,

v

CLEAR CHOICE COMMUNICATION, INC.,
LAMAR KARMO, ALVIN KARMO,
KHALED NAJIIB and KARMO GROUP,
L.L.C.,
       Defendants/
       Counter-Plaintiffs-Appellants.

SC: 145843
COA: 303619
Oakland CC: 2007-084560-CK

_____/

On order of the Court, the application for leave to appeal the May 31, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the March 29, 2011 order of the Oakland Circuit Court, denying the defendants' motion to vacate the arbitration award and confirming the award.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2013

_____
Clerk

t0130